JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN A. BULLOCK, | Case No. CV 09-01556-DTB |
| Plaintiff, | |
| vs. | **J U D G M E N T** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Order Reversing Decision of Commissioner and Remanding for Payment of Benefits, filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for the payment of benefits.

DATED: May 5, 2011

*/s/ David T. Bristow*

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

1